No. 614. AVIATION CORPORATION *v.* UNITED STATES. March 1, 1943. Petition for writ of certiorari to the Court of Claims denied. MR. JUSTICE BLACK and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. Basil O'Connor* and *John E. Hughes* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* and *Mrs. Elizabeth B. Davis* for the United States.

No. 716. BOMER *v.* TENNESSEE. March 1, 1943. The petition for writ of certiorari to the Court of Appeals of Tennessee is denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350. *J. O. Bomer, Jr., pro se.* *Mr. Marion G. Evans* for respondent.

No. 517. AJELLO *v.* PAN AMERICAN AIRWAYS CORP. ET AL. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Gaetano Ajello, pro se.* *Messrs. Drury W. Cooper, C. Blake Townsend, Worthington Campbell,* and *R. Welton Whann* for respondents.

No. 664. NIX *v.* UNITED STATES. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Eustis Myers* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Archibald Cox* for the United States.